

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, SRZ Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SRZ LIMITED,                                                :
                                                            :       Sweet, J
                    Plaintiff,                              :
                                                            :       08 cv 1869
        -against-                                           :
                                                            :       **RULE 7.1 STATEMENT**
                                                            :
CLAN MARINE LIMITED,                                        :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------x

        Plaintiff, SRZ LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it has no parent corporation and that no other publicly-held corporation owns 10% or more of its stock.

Dated:    February 25, 2008

                                              LAW OFFICES OF SIMON HARTER, ESQ.
                                              Attorneys for Plaintiff, SRZ Limited

By:    _____
                        Simon Harter (SH-8540)
                        304 Park Avenue South – 11th Floor
                        New York, New York 10010
                        (212) 979-0250 (Phone)
                        (212) 979-0251 (Fax)