LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 · Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, SRZ Limited

**JUDGE SWEET**

**08 CV 1869**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

SRZ LIMITED,                                              :

                                Plaintiff,               :     **ORDER DIRECTING CLERK**
                                                         :     **TO ISSUE PROCESS OF**
        -against-                                        :     **MARITIME ATTACHMENT**
                                                         :     **AND GARNISHMENT**
CLAN MARINE LIMITED,                                     :
                                                         :
                                Defendant.               :
------------------------------------------------------------x

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS,** on February 26, 2008, Plaintiff, SRZ LIMITED, ("Plaintiff") filed a Verified

Complaint herein for damages amounting to $1,050,000.00, and praying for issuance of Process

of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for

Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and,

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's

property within the District of this Court; and,

**WHEREAS,** the Court has reviewed the Verified Complaint and the Rule B Affidavit, and

the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby,

**ORDERED,** that Process of Maritime Attachment and Garnishment shall issue against all claims, assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other tangible and intangible property belonging to, due, claimed by or being held by or for the Defendant by any garnishee(s) within this District, including but not limited to HSBC (USA) Bank, Bank of America, The Bank of New York, Citibank N.A., JPMorganChase Bank, Standard Chartered Bank, Wachovia Bank N.A., Deutsche Bank AG, Barclays Bank PLC, UBS A.G., Credit Suisse, Nordea Bank Finland PLC, Fortis Financial Services LLC, ABN-AMRO Bank N.V., American Express Bank Ltd., Bank of China, and/or others, in an amount up to $1,050,000.00, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims; and, it is further

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and, it is further

**ORDERED,** that supplemental process specifying other or additional garnishees enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and, it is further

**ORDERED,** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent and/or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and, it is further

**ORDERED**, that each garnishee so personally served shall promptly furnish to the United States Marshal or to any other persons designated or authorized by Order to make service in this action, a facsimile number or an e-mail address at which supplemental and/or subsequent service may be made by verifiable electronic means and that such supplemental and/or subsequent service to the designated facsimile number or e-mail address shall be deemed service within this District; and, it is further

**ORDERED,** that service on any garnishes as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further

**ORDERED,** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment

Dated:   February __2-6__ 2008                **SO ORDERED:**

                                             _____
                                             **U.S.D.J.**