UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JRZ Limited

-v.-

Clan Murine

------------------------------------------------------X

08 Civ. 1869 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08
```

Please be advised that the conference scheduled

for   4-16-08   has been rescheduled to

  5-21-08   at   4:30pm   in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       4/14/08

_____
ROBERT W. SWEET
United States District Judge