Sweet/s

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 - Phone
(212) 979-0251 - Fax
Attorneys for Plaintiff, SRZ Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
MAY 21 2008
JUDGE SWEET CHAM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

---

SRZ LIMITED,

        Plaintiff,

  -against-

CLAN MARINE LIMITED,

        Defendant.

08-CV-1869 (RWS)

**NOTICE OF
VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)**

---

Plaintiff, SRZ LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., hereby gives notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of the voluntary dismissal, without prejudice, of the above-entitled action. With respect thereto, Plaintiff states that no answer, appearance or motion for summary judgment has been received by counsel for Plaintiff. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by Plaintiff is its Verified Complaint herein.

Dated:  New York, New York
        May 21, 2008

                            Respectfully submitted,

                            LAW OFFICES OF SIMON HARTER, ESQ.
                            Attorneys for Plaintiff,
                            SRZ LIMITED

By: _____
       Simon Harter (SH-8540)
       304 Park Avenue South – 11th Floor
       New York, New York 10010
       (212) 979-0250 (Phone)
       (212) 979-0251 (Fax)

## ORDER

The Clerk of Court is directed to close this case.

May _____, 2008

                            SO ORDERED:

                            _____
                                    U.S.D.J.

                                  5-21-08

cc: Clerk of Court
    Counsel of record